# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON DENT, )
)
           Plaintiff, )
)
      v. )      Civil Action No.  12-0420 (EGS)
)
EXECUTIVE OFFICE FOR UNITED )
STATES ATTORNEYS, *et al.*, )
)
          Defendants. )

## MEMORANDUM OPINION

On September 3, 2013, the Court issued a Memorandum Opinion and Order granting Defendants' Motion to Vacate the Court's Order Granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, Stay These Proceedings, and Memorandum of Points and Authorities in Support Thereof [ECF No. 29], vacating the Order granting plaintiff's application to proceed *in forma pauperis* [ECF No. 4], revoking plaintiff's *in forma pauperis* status, and staying all proceedings for 45 days within which plaintiff must pay the $350 filing fee in full. Plaintiff filed a notice of appeal to the United States Court of Appeals for the District of Columbia Circuit [ECF No. 37] on September 23, 2013, and the Circuit dismissed the matter on October 18, 2013, on plaintiff's motion to withdraw the appeal [ECF No. 42].  To date, plaintiff neither has paid the filing fee nor has requested additional time to do so.  Accordingly, the Court will deny the pending motions without prejudice and will dismiss the complaint and this civil action.  An Order is issued separately.

         Signed:      EMMET G. SULLIVAN
                     United States District Judge
         Dated:      November 8, 2013